## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LEONIDA BURCH,

        Plaintiff,

v.

MISHLE HOME HEALTH CARE, INC. and
MARTIN LAGUNDINO JR., individually,

        Defendants.

No. 1:19-cv-03527

Honorable Rebecca R. Pallmeyer

Magistrate Judge Sidney I. Schenkier

### JUDGMENT ORDER

This matter having come before the Court on Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is granted in Plaintiff's favor against Defendants Michle Home Health Care, Inc. and Martin Lagundino Jr. in the total amount of $130,340.00, consisting of $113,241.25 in wages, interest, and penalties, and $17,098.75 in attorneys' fees and costs, plus any additional accrued interest on such amount at the federal judgment rate from the date of the judgment until it is paid in full ("Judgment").

2. Defendants Michle Home Health Care, Inc. and Martin Lagundino Jr. shall be jointly and severally liable for this Judgment.

3. Plaintiff has execution on this Judgment.

4. Plaintiff has all the rights and remedies afforded to a judgment creditor by law.

5. That Plaintiff may enforce the Judgment against Defendants Michle Home Health Care, Inc. and Martin Lagundino Jr. as allowed by applicable law.

6.      That Plaintiff  may do such things and execute such documents as necessary to enforce this Judgment.

ENTER:

11/26/19

Rebecca R. Pallmeyer
United States District Chief Judge